# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 2:21 CR 19 |
| | ) | |
| v. | ) | |
| | ) | |
| KALEB LEVICKY | ) | |

## ORDER OF COURT

AND NOW, to wit, this __16th__ day of __February__, 2021, it is hereby ORDERED, ADJUDGED and DECREED that the Defendant's Motion to Conduct Mental Examination is GRANTED. The Defendant shall be permitted to be evaluated by a psychologist via in person interview on February 25, 2021 at the Beaver County Correctional Facility in conformity with the standards, practices and procedures of the Beaver County Correctional Facility.

 s/ J. Nicholas Ranjan
District Judge J. Nicholas Ranjan