# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    )
                            )
                            )
                            ) 2:21-cr-19
         v.                 )
                            )
KALEB LEVICKY,              )
                            )
                            )
         Defendant.         )

**Hearing Type:** Telephonic Status Conference

**Date:** 3/18/21

**Before:** Judge J. Nicholas Ranjan

| Counsel for Plaintiff | Cindy Chung |
|---|---|
| Counsel for Defendant | Lane Turturice |
| Court Reporter | none |
| Law Clerk | JM |
| Start time | 3:11 |
| End time | 3:26 |

**SUMMARY OF PROCEEDINGS:**

Telephonic Status Conference held to discuss the current status of the case.

Oral Motion for Extension of Time to File Pretrial Motions made by KALEB LEVICKY. Motion granted. Pretrial Motions due by 6/21/2021. Corresponding Order to follow.

Telephonic Status Conference set for 5/26/2021 at 10:00 a.m. Corresponding Order to follow.