# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) ) ) |
| v. | ) 2:21-cr-19 ) |
| KALEB LEVICKY, | ) ) ) |
| Defendant. | ) ) |

**Hearing Type:** Telephonic Status Conference

**Date:** 5/26/21

**Before:** Judge J. Nicholas Ranjan

| Counsel for Plaintiff | Cindy Chung |
|---|---|
| Counsel for Defendant | Lane Turturice |
| Court Reporter | K. Earley |
| Law Clerk | JM |
| Start time | 10:07 |
| End time | 10:17 |

**SUMMARY OF PROCEEDINGS:**

Telephonic Status Conference held to discuss the current status of the case.

Defendant to file a motion to extend time to file pretrial motions.